IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                          Criminal Action No.
                                              22-00237-02-CR-W-RK

ROBERT J. BABER,

        Defendant.

# MEMORANDUM OF MATTERS DISCUSSED AND
# ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Count One - Conspiracy to Distribute and Possess with Intent to Distribute 50 grams or more of Methamphetamine (Actual), *in violation of* 21 U.S.C. §§841(a)(1), (b)(1)(A) and 846

**TRIAL COUNSEL**:
        Government: Mike Green
           Case Agent: Task Force Officer Trenton Johns, DEA
        Defense: Justin Johnston

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:
        Government: None
        Defense: Motions in Limine

**TRIAL WITNESSES**:
        Government: 10-15 with stipulations; 15-20 without stipulations
        Defense: 5-8 witnesses, including Defendant who   (  ) will
                                                                     ( x ) may
                                                                   (  ) will not testify

**TRIAL EXHIBITS**:
        Government: 60-70 exhibits
        Defense: 20-30 exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial                    (  ) Possibly for trial

( ) Motion to continue to be filed      ( x ) Likely a plea will be worked out

**TRIAL TIME**: **5 days**
    Government's case including jury selection: 3-4 days
    Defense case: 1.5-2 days

**STIPULATIONS**:
    ( )    not likely
    ( )    not appropriate
    ( x )    likely as to:
        ( )    chain of custody
        ( x )    chemist's reports – possibility for Defense
        ( )    prior felony conviction
        ( )    interstate nexus of firearm
        ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:   April 15, 2024
    Defense:   April 15, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   April 15, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   April 15, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing April 29, 2024
    **Please note**: The Government has no conflicts with the current setting but requests the second week of the docket. Defense has no objection to the Government's requested setting and has no conflicts with either week of the trial docket.

**OTHER**:
    ( )    A _____-speaking interpreter is required.
    ( )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                */s/ Jill A. Morris*
                                              JILL A. MORRIS
                                              United States Magistrate Judge